1 and 2.) — Appeals from orders dismissed unless appellant file and serve the printed papers and briefs on or before the seventh day of March and be ready to argue the appeals on the twelfth day of March. Appeal from judgment dismissed unless appellant file and serve the printed papers and briefs on appeal on or before the twelfth day of March and be ready to argue the appeal on the fifteenth day of March.

Village of Fredonia, Appellant, v. Fredonia Natural Gas Light Company and Others, Respondents.— The justices qualified to sit in this appeal being equally divided and unable to render a decision herein, the appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure. Lambert, J., not sitting.

In the Matter of the Application of the Terminal Station Commission of Buffalo, Respondent, for Appointment of Appraisers to Ascertain Compensation to Be Paid to Owners of Lands in Buffalo to Be Taken for the Relocation of Ohio Street and Claimed to Be Owned by Isaac A. Aldrich and Others and by Charles H. McCutcheon, Appellant.— Order modified so as to direct a stay of proceedings in the severed proceeding against the appellant Charles H. McCutcheon only until the close of the present term of this court, and if the appeal of said McCutcheon in the said action in which he is plaintiff and the terminal station commission of the city of Buffalo and others are defendants is argued or submitted at the present term of this court, then such stay to continue until the decision of such appeal, and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

Patrick Bushway, Respondent, v. Thomas McGetrick, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

First National Bank of Dolgeville, Respondent, v. Stephen N. Bond, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Foote, J., who dissented.

Charles B. Graves, Respondent, v. Adam Hersperger, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,469 Issued to Nellie A. Kelley, Appellant.— Order affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of Arabella E. Courtney, as Administratrix of the Estate of A. George Courtney, Deceased, Respondent. Abine G. Courtney, Appellant.— Decree affirmed, with costs. All concurred.

Mary Zielinski, as Administratrix, etc., Appellant, v. New York, Chicago and St. Louis Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Anthony & Jones Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Josephine G. McCarthy, Appellant, v. The City of Fulton, Respondent.— Order affirmed, with costs. All concurred,